IN RE: **Bertha A. Carolus**      CASE NO **04-53464K** (If Known)
Debtor

Joint Debtor      CHAPTER **13**

*AMENDED*
## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx-xxxx-xxxx-8750**<br>**Bealls**<br>P O Box 64<br>Jacksonville, Texas 75766-0064 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**goods**<br>REMARKS: | | | | $379.00 |
| ACCT #: **xxxxxx5420**<br>**Capital One Services, Inc.**<br>PO Box 3330<br>Olathe, KS 66063-0330 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,542.34 |
| ACCT #: **xxxx-xxxx-xxxx-9055**<br>**Chase Platinum Mastercard**<br>PO Box 15902<br>Wilmington, DE 19850-5902 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,416.24 |
| ACCT #: **xxxx-xxxx-xxxx-5447**<br>**Dillard's**<br>P.O. Box 52067<br>Phoeniz, AZ 85072-2067 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card goods**<br>REMARKS: | | | | $75.00 |
| ACCT #: **xxx-xxx3-424**<br>**Kohl's**<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**goods**<br>REMARKS: | | | | $493.00 |
| ACCT #: **xxxx-xxxx-xxxx-9334**<br>**MBNA Mastercard**<br>c/o Wolpoff & Abramson, LLP<br>Two Irvington Centre<br>702 King Farm Blvd.<br>Rockville, MD 20850-5775 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $6,660.18 |
| ACCT #: **xx-xxxx-xxx956-6**<br>**Sam's Club**<br>PO Box 105980, Dept. MM<br>Atlanta, GA 30353-5980 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,623.88 |

_____1_____ continuation sheets attached      **Total for this Page (Subtotal) >**    $16,189.64

**Running Total >**    $16,189.64

IN RE: **Bertha A. Carolus**
_Debtor_

_Joint Debtor_

CASE NO **04-53464K**
(If Known)

CHAPTER **13**

*AMENDED*
## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCT #: **xxxx-xxxx-xxxx-7466** <br> **Sears** <br> 86 Annex <br> Atlanta, GA  30386-0001 | - | DATE INCURRED: <br> CONSIDERATION: **Credit Card** <br> REMARKS: | | $1,311.12 |
| ACCT #: **xx-xxxxx-xx025-0** <br> **Sears** <br> 86 Annex <br> Atlanta, GA  30386-0001 | - | DATE INCURRED: <br> CONSIDERATION: **Credit Card** <br> REMARKS: | | $5,537.70 |
| ACCT #: **xxxx-xxxx-xxxx-8600** <br> **Walmart** <br> PO Box 530927 <br> Atlanta, GA  30353-0927 | - | DATE INCURRED: <br> CONSIDERATION: **Credit Card** <br> REMARKS: | | $1,743.57 |
| | | | **Total for this Page (Subtotal) >** | $8,592.39 |
| | | | **Running Total >** | $24,782.03 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Bertha A. Carolus**  CASE NO **04-53464K**

CHAPTER **13**

*AMENDED*
**SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))**

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) ||||||
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Single** | C. Karla Carolus<br>Elk C. Carolus<br>Kent Carolus | 42<br>38<br>37 | Daughter<br>Son<br>son | | | |

| **Employment** | **Debtor** | **Spouse** |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | POS-Sales Associate<br>Kohl's<br>1 Year, 1 Month<br>11781 Bandera Road<br>San Antonio, TX 78250 | |

| **Income: (Estimate of average monthly income)** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $659.52 | |
| Estimated monthly overtime | $0.00 | |
| *SUBTOTAL* | **$659.52** | |
| LESS PAYROLL DEDUCTIONS | | |
|     A. Payroll taxes (includes social security tax if B. is zero) | $0.66 | |
|     B. Social Security Tax | $50.44 | |
|     C. Insurance | $0.00 | |
|     D. Union dues | $0.00 | |
|     E. Retirement | $0.00 | |
|     F. Other (specify) | $0.00 | |
|     G. Other (specify) | $0.00 | |
| *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$51.10** | |
| **TOTAL NET MONTHLY TAKE HOME PAY** | **$608.42** | |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | |
| Income from real property | $0.00 | |
| Interest and dividends | $0.00 | |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | |
| Social Security or other government assistance (specify) | $2,430.00 | |
| Pension or retirement income | $0.00 | |
| Other monthly income (specify below) | | |
|     1. Family Assistance | $606.00 | |
|     2. | $0.00 | |
|     3. | $0.00 | |
| **TOTAL MONTHLY INCOME** | **$3,644.42** | |

**TOTAL COMBINED MONTHLY INCOME  $3,644.42**  (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Bertha A. Carolus**  CASE NO **04-53464K**

CHAPTER **13**

*AMENDED*
## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $85,000.00 | | |
| B - Personal Property | No | 4 | $21,451.03 | | |
| C - Property Claimed as Exempt | No | 1 | | | |
| D - Creditors Holding Secured Claims | No | 1 | | $91,376.06 | |
| E - Creditors Holding Unsecured Priority Claims | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $24,782.03 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,644.42 |
| J - Current Expenditures of Individual Debtor(s) | No | 1 | | | $2,961.00 |

Total Number of Sheets of ALL Schedules  >  **14**

Total Assets  >  **$106,451.03**

Total Liabilities  >  **$116,158.09**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Bertha A. Carolus**  CASE NO  **04-53464K**

CHAPTER  **13**

*AMENDED*
**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of      **4**      sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____  Signature  **/s/ Bertha A. Carolus**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Bertha A. Carolus**

Date _____  Signature _____

[If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:  **Bertha A. Carolus**　　　　　　　　　　　　　　　　CASE NO.　**04-53464K**
*Debtor*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　**13**
*Joint Debtor*

**Certificate of Service**

---

The undersigned Attorney for Debtor certifies the Debtor's Amended Schedules F and I, were electronically filed with the Court on July 25TH, 2004, and that a copy of same was mailed via first class U.S.Mail, postage prepaid, to all creditors and parties-in-interest, as stated below, in compliance with the Federal Rules of Bankruptcy Procedures, on July 26th 2004.

/s/   Charles J. Bondurant
_____
Charles J. Bondurant  (Bar ID# 02590600)
Law Offices of Charles J. Bondurant
11825 IH-10 West, Suite 202
San Antonio, Texas  78230
Tel:  210-690-2700
Fax:  210-691-2862

04-52156-rbk|American Express |Box 650448|Dallas, Texas 75265-0448
04-52156-rbk|American Express |PO Box 360002|Ft. Lauderdale, FL 33336-0002
04-52156-rbk|American Express Centurion Bank |c/o Becket and Lee, LLP|P.O. Box 3001|Malvern, PA 19355-0701
04-52156-rbk|American Express Travel Related Services Co., Inc. |c/o Becket and Lee, LLP|P.O. Box 3001|Malvern, PA 19355-0701
04-52156-rbk|Bank of America |PO Box 30770|Tampa, FL 33630-3770
04-52156-rbk|Bank of America, NA |P O Box 2278|Norfolk, VA 23501-2278
04-52156-rbk|Bexar County |c/o David G. Aelvoet|711 Navarro Suite 300|San Antonio, TX 78205
04-52156-rbk|CITI CARDS |P.O. Box 91600|Albuquerque, NM 87199
04-52156-rbk|CITI Financial |8222 Agora Parkway, Suite 100|Selma, TX 78154-1319
04-52156-rbk|CONN Credit Corporation |P.O. Box 1687|Beaumont, TX 77704-1687
04-52156-rbk|Capital One |P O Box 60000|Seattle, WA 98190-6000
04-52156-rbk|Chase Manhattan Bank USA, NA |by eCAST Settlement Corporation as its a|P.O. Box 35480|Newark, NJ 07193-5480
04-52156-rbk|Chase WAL-MART |P.O. Box 52195|Phoeniz, AZ 85072-2195
04-52156-rbk|Citifinancial |PO Box 221649|Charlotte, NC 28222
04-52156-rbk|Conn CC, L.P., d/b/a Conn Credit Company |P O Box 2358|Beaumont, Texas 77704
04-52156-rbk|DILLARD NATIONAL BANK |P.O. BOX 52051|PHOENIX, AZ 85072-2205
04-52156-rbk|DILLARD'S |Dillard National Bank|P.O. Box 29443|Phoenix, AZ 85038-9443
04-52156-rbk|Discover Bank |P. O. Box 8003|Hilliard, OH 43026
04-52156-rbk|Discover Card |PO Box 30395|Salt Lake City, UT 84130-0395
04-52156-rbk|Div. 694 Motor Coach Emp. FCU |1901 N. Flores Street|San Antonio, Texas 78212
04-52156-rbk|GMAC (General Motors Auto Corp) |P.O. Box 630071|Dallas, TX 75263-0071
04-52156-rbk|General Motors Acceptance Corporation |P. O. Box 901025|Fort Worth, TX 76101-2009
04-52156-rbk|HOME DEPOT Credit Services |P.O. Box 9100|Des Moines, IA 50368-9100
04-52156-rbk|JC Penney |P.O. Box 960001|Orlando, FL 32896-0001
04-52156-rbk|JC Penney |PO Box 960001|Orlando, FL 32896-0001
04-52156-rbk|LOWE'S |P.O. Box 105980, Dept. 79|Atlanta, GA 30353-5980
04-52156-rbk|Lack's Stores, Inc. |2391 NE Loop 410, Ste 201|San Antonio, TX 78217
04-52156-rbk|Lack's Furniture Center |8611 Perrin Beitel Road|San Antonio, Texas 78217
04-52156-rbk|MARION A OLSON |CHAPTER 13 TRUSTEE|1020 NE LOOP 410 #800|San Antonio, TX 78209
04-52156-rbk|National Furniture |8615 Marbach Rd.|San Antonio, TX 78247
04-52156-rbk|National Furniture |8680 Four Winds Drive|Windcrest, TX 78239
04-52156-rbk|OFFICE DEPOT-Credit Card Plan |P.O. Bo x9029|Des Moines, IA 50368-9029
04-52156-rbk|Retailers National Bank-Target |c/o Weinstein, Treiger & Riley, P.S.|2101 Fourth Ave., #900|Seattle, WA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Bertha A. Carolus**                      CASE NO.  **04-53464K**
*Debtor*

                                                  CHAPTER  **13**
*Joint Debtor*

**Certificate of Service**

(Continuation Sheet #1)

98121
04-52156-rbk|SEARS Gold MasterCard |PO Box 105486|Atlanta, GA 30348-5486
04-52156-rbk|Sherman Acquisition LP dba Resurgent Acquisition |P.O. Box 10587|Greenville, SC 29603-0587
04-52156-rbk|TARGET |Retailers National Bank|P.O. Box 59231|Minneapolis, MN 55459-0231
04-52156-rbk|Texaco / Shell |Processing Center|Des Moines, IA 50359-0001
04-52156-rbk|US TRUSTEE |PO BOX 1539|SAN ANTONIO, TEXAS 78295-1539
04-52156-rbk| United States Trustee - SA12 |U.S. Trustee's Office|615 E. Houston, Suite 533|P.O. Box 1539|San Antonio, TX 78295-1539
04-52156-rbk|Washington Mutual Finance, LP |S.W. Junction Shopping Center|139 S.W. Military Drive|San Antonio, TX 78221-0000
04-52156-rbk|Wells Fargo Bank, N.A. |3476 Stateview Blvd.|Ft. Mill, SC 29715
04-52156-rbk|Wells Fargo Home Mortgage, Inc. |P.O. Box 806012|Kansas City, MO 64180
04-52156-rbk|Wells Fargo Home Mortgage, Inc. |c/o Mary A. Daffin|Barrett, Burke, Wilson, Castle et al|1900 St. James Place, #500|Houston, TX 77056
04-52156-rbk|eCAST Settlement Corporation, assignee of |Citibank USA NA|P.O. Box 35480|Newark, NJ 07193-5480
04-52156-rbk|eCAST Settlement Corporation, assignee of |General Electric Private Label/LOWES/RET|P.O. Box 35480 |Newark, NJ 07193-5480
04-52156-rbk|eCAST Settlement Corporation, assignee of |General Electric//JCP CONSUMER|P.O. Box 35480|Newark, NJ 07193-5480
04-52156-rbk|Charles Bondurant |11825 IH 10 West, Ste. 202|San Antonio, TX 78230
04-52156-rbk|Juan Jose Delgado |8611 Serene Ridge|San Antonio, TX 78239-4065
04-52156-rbk|Marion A Olson |1020 NE Loop 410 #800|San Antonio, TX 78209
04-52156-rbk|San Juanita Delgado |8611 Serene Ridge|San Antonio, TX 78239-4065


MARION A OLSON
CHAPTER 13 TRUSTEE
1020 NE LOOP 410 #800
San Antonio, TX 78209


US TRUSTEE
PO BOX 1539
SAN ANTONIO, TEXAS 78295-1539