IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION

```
IN RE:
    BERTHA A. CAROLUS                              CASE NO. 04-5-3464K
    4900 TIMBER TRACE

    SAN ANTONIO TX              78250-0000
    a/k/a
          Debtor(s)
```

---
TRUSTEE'S RECOMMENDATIONS CONCERNING CLAIMS
(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS)
---

NO HEARING WILL BE CONDUCTED ON THIS TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS UNLESS A WRITTEN RESPONSE OR OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE TRUSTEE, THE DEBTOR(S), DEBTOR'S ATTORNEY, AND ANY OTHER AFFECTED PARTY WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE OR OBJECTION. EACH CLAIM FOR WHICH THERE IS NO RESPONSE OR OBJECTION TIMELY FILED AND SERVED WILL BE TREATED AS LISTED IN THE ATTACHED SCHEDULES, AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT. IF A RESPONSE OR OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING ON NOT LESS THAN THIRTY (30) DAYS NOTICE, WITH RESPECT TO THAT CLAIM ONLY TO WHICH OBJECTION OR RESPONSE HAS BEEN FILED.

By Order of the court, the Recommendation Concerning Claims shall be deemed to set a BAR DATE for objecting to claims, for contesting the validity or priority of liens, and for challenging the priority of claims. Said BAR DATE shall be deemed to be THE TWENTIETH DAY AFTER THE DATE OF SERVICE OF THE RECOMMENDATION CONCERNING CLAIMS, AS REFLECTED IN THE CERTIFICATE OF SERVICE ATTACHED THERETO. Any objection to claim, any motion or adversary proceeding contesting the validity or priority of any lien, or any challenge to the priority of any claim may not be filed after the expiration of the bar date except upon leave of court, after motion requesting such leave, and upon notice and hearing to the Standing Chapter 13 Trustee, the debtor, the debtor's counsel, and the ten largest unsecured creditors (including, where applicable, the Internal Revenue Service).

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW MARION A. OLSON, JR., Trustee in these proceedings, and making this his recommendation concerning claims, would respectfully show the Court as follows:

1. Pursuant to L. Rule 2015(c), all parties are specifically advised that, among others, L. Rule 3007 shall apply to this Trustee's Recommendation Concerning Claims.

2. The time for filing claims in this proceeding has expired. The Trustee has reviewed all of the claims filed in this proceeding. Attached are Schedules I and II containing the Trustee's recommendations as to various matters concerning claims, including the amount of each creditor's claim, as well as the extent and validity of each creditor's security interest, if any.

3. If a party in interest disagrees with any of the Trustee's recommendations, such party may file a response to the Trustee's objections or other recommendations, or may file an objection to any claim disputed. However, responses and objections MUST BE FILED within twenty (20) days from the date of service hereof hereof. Each claim for which there is no response or objection filed within twenty (20) days from the date of service hereof will be treated as listed in the attached Schedules, AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

## VALUATION OF COLLATERAL

4. The Court has previously made a final and binding determination of the value of certain property which may constitute collateral securing certain creditors' claims. These valuations are of the collateral specified and provided for under the Debtor's Plan as of the confirmation, as well as any other collateral valued at the confirmation hearing or other hearing held by the Court. All such valuations have been given effect in the treatment of such creditor's claims as set forth in Schedules I and II.

5. Certain creditors may have timely filed proofs of claim which evidence a perfected security interest in additional collateral not previously valued by the Court. The Trustee has made a recommendation to the Court in Schedule I and II concerning the value of such collateral and the treatment of each such creditor's claim herein. Such recommendation is deemed to be a motion to determine the value of such creditor's secured claim. UNLESS A RESPONSE IS FILED TO SUCH VALUATION AND TREATMENT OF SUCH CREDITOR'S CLAIM WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF, SUCH VALUATION OF COLLATERAL AND TREATMENT OF THE CREDITOR'S CLAIM WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

## TRUSTEE'S OBJECTIONS TO CLAIMS

6. The Trustee contests the amounts or the validity or extent of the security interest listed in the proofs of claim in the attached Schedule I to the Trustee's Recommendation Concerning Claims. If no response or objection is timely filed, such claim will be treated in the manner and amount listed on the attached Schedules to the Trustee's Recommendation Concerning Claims.

7. Parties in interest should carefully examine the attached Schedules to the Trustee's Recommendation Concerning Claims. If any party disagrees with the Trustee's recommendation concerning the amount or status of any claim such party must file a response within twenty (20) days from the date of service hereof, or the Trustee's recommendation will become final and binding.

8. If the Trustee's recommendation concerning any claim differs from the amount indicated in the creditor's Proof of Claim, the recommendation is deemed to be an objection to such claim. Unless a timely response or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount listed in the attached Schedules to the Trustee's Recommendation Concerning Claims.

9. If the Trustee's recommendation concerning a creditor's claim indicates that such creditor is not a secured creditor, the recommendation is deemed to be an action to determine the validity of such creditor's security interest or to avoid such creditor's security interest. Unless a timely response or objection is filed contesting the Trustee's recommendation, the security interest will be avoided or disallowed in accordance with the attached Schedules to the Trustee's Recommendation Concerning Claims.

    CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATIONS CON-
    CERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S
    PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS. PARTIES MUST
    RESPOND WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF OR THE
    ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

CLAIMS TAKEN FROM PROOF OF CLAIM
WITHOUT TRUSTEE'S OBJECTION

10. The amounts in the attached Schedule II to the Trustee's Recommendation Concerning Claims were taken directly from the proofs of claims. The Trustee does not contest these claims. If the Debtors or any creditors contest any of these claims, an objection to each claim must be filed within twenty (20) days from the date of service hereof.

NOTICE OF BAR DATE FOR
OBJECTIONS TO CLAIMS

    DEBTORS AND CREDITORS SHOULD TAKE NOTICE THAT THE COURT HAS SET A BAR
    DATE FOR OBJECTIONS TO CLAIMS. ANY ADDITIONAL OBJECTIONS TO CLAIMS
    MUST BE FILED WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF
    OR THE ATTACHED TREATMENT OF CLAIMS WILL BE FINAL.

11. Responses to the Trustee's recommendations or additional objections to claims must be filed within twenty (20) days from the date of service hereof with the United States Bankruptcy Clerk, P.O. Box 1439, San Antonio, Tx 78295, and served on the appropriate parties in accordance with the Bankruptcy Rules.

DATED: March 22, 2005


MARION A OLSON JR
1020 NE LOOP 410 #800
SAN ANTONIO TX
                                           78209-0000
(210) 824-1460



Electronically Filed By
-----------------------
MARION A OLSON JR

```
                    IN THE UNITED STATES  BANKRUPTCY COURT
                  WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION

IN RE:
    BERTHA A. CAROLUS                                CASE NO. 04-5-3464K
    4900 TIMBER TRACE

    SAN ANTONIO TX           78250-0000
    a/k/a
          Debtor(s)

--------------------------------------------------------------------------
                              SCHEDULE I
--------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR    AMOUNT        INT RATE    CLASSIFICATION
--------------------------------------------------------------------------
BEALLS                               .00         .00    % UNSECURED
P O BOX 64                     015483/0014              NOT FILED,NOT ALLOWED
JACKSONVILLE TX                                         8750

                               75766-0000


--------------------------------------------------------------------------
DILLARDS                             .00         .00    % UNSECURED
P O BOX 52067                  245091/0015              NOT FILED,NOT ALLOWED
PHOENIX AZ                                              5447

                               85072-2067


--------------------------------------------------------------------------
JAMES B NUTTER & CO             67782.80         .00    % SECURED
4153 BROADWAY                  393811/0001              PAID DIRECT
P O BOX 10346                                           2777568536
KANSAS CITY MO                 64171-0000               HM/OUTSIDE
                                   TO BE PAID DIRECT WITH DEBTOR AS DISBURSING AGENT

--------------------------------------------------------------------------
KOHL DEPT STORE                      .00         .00    % UNSECURED
P O BOX 2983                   014224/0016              NOT FILED,NOT ALLOWED
MILWAUKEE WI                                            3424

                               53201-2983


--------------------------------------------------------------------------
SAMS CLUB                            .00         .00    % UNSECURED
P O BOX 105980                 305335/0007              NOT FILED,NOT ALLOWED
ATLANTA GA                                              956 6

                               30353-5980


--------------------------------------------------------------------------
SECURITY SERVICE FCU            15622.20        7.75    % SECURED
P O BOX 691510                 192107/0002              PERMO:      315.00
SAN ANTONIO  TX                                         4480472022
                               78269-1510               04 NEON
                               FULLY SECURED

--------------------------------------------------------------------------
```

```
                 IN THE UNITED STATES   BANKRUPTCY COURT
                WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION

IN RE:
   BERTHA A. CAROLUS                                   CASE NO. 04-5-3464K
   4900 TIMBER TRACE

   SAN ANTONIO TX           78250-0000
   a/k/a
         Debtor(s)


--------------------------------------------------------------------------
                             SCHEDULE I
--------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR    AMOUNT         INT RATE   CLASSIFICATION
--------------------------------------------------------------------------
SECURITY SERVICE FCU           7657.21          12.00   % SECURED
P O BOX 691510                192107/0003                 PERMO:    206.00
SAN ANTONIO   TX                                          4480472021
                             78269-1510                   00 STRATUS
                             FULLY SECURED

--------------------------------------------------------------------------
SYLVIA ROMO                     967.49          12.00   % SECURED
TAX ASSESSOR/COLLECTOR        010674/0012                 PERMO:       .00
P O BOX 839950                                            186790090040
SAN ANTONIO TX               78283-3950                   04 ESTIMATED
                             FULLY SECURED

--------------------------------------------------------------------------
WALMART                            .00            .00   % UNSECURED
P O BOX 530927                654289/0010                 NOT FILED,NOT ALLOWED
ATLANTA GA                                                8600
                             30353-9270


--------------------------------------------------------------------------
```

```
              IN THE UNITED STATES   BANKRUPTCY COURT
            WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION

IN RE:
    BERTHA A. CAROLUS                            CASE NO. 04-5-3464K
    4900 TIMBER TRACE

    SAN ANTONIO TX           78250-0000
    a/k/a
          Debtor(s)


------------------------------------------------------------------------
                          SCHEDULE II

------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR      AMOUNT       INT RATE    CLASSIFICATION
------------------------------------------------------------------------
CAPITAL ONE BANK                  3751.87        .00     % UNSECURED
P O BOX 85167                   097109/0004               PERMO:       .00
RICHMOND VA                                               5291492157735420
                                23285-0000


------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION      3557.59        .00     % UNSECURED
P O BOX 35480                   021475/0005               PERMO:       .00
NEWARK   NJ                                               9055
                                07193-5480                CHASE


------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATION      7436.93        .00     % UNSECURED
P O BOX 35480                   021475/0006               PERMO:       .00
NEWARK   NJ                                               9334
                                07193-5480                MBNA


------------------------------------------------------------------------
SHERMAN ACQUISITION LLC           1306.52        .00     % UNSECURED
C/O RESURGENT CAPITAL SER INC   178303/0008               PERMO:       .00
P O BOX 10587                                             7466
GREENVILLE SC                   29603-0000                SEARS


------------------------------------------------------------------------
SHERMAN ACQUISITION LLC           5537.70        .00     % UNSECURED
C/O RESURGENT CAPITAL SER INC   178303/0009               PERMO:       .00
P O BOX 10587                                             025-0
GREENVILLE SC                   29603-0000                SEARS


------------------------------------------------------------------------
```

```
               C E R T I F I C A T E   O F   S E R V I C E
               ---------------------------------------------
```

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 03/22/2005. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.


Electronically filed by
Marion A. Olson, Jr., Chapter 13 Trustee